[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-11731
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 1, 2010
JOHN LEY
CLERK

D.C. Docket No. 1:09-cr-00140-JRH-WLB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN QUINTANILLA-SERRANO,
a.k.a. Juan Serrano-Quintanilla,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(December 1, 2010)

Before BARKETT, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

H. Wilson Haynes, Jr., appointed counsel for Juan Quintanilla-Serrano in

this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Quintanilla-Serrano's conviction and sentence are **AFFIRMED**. Haynes's motion to appoint an interpreter is **DENIED** as untimely and moot.